UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**WELLS FARGO BANK, N.A.**            **CIVIL ACTION**

**VERSUS**                            **NO. 19-593**

**BEVERLY JONES, ET AL.**             **SECTION D (3)**

# ORDER

Joseph Harvin, the Court-appointed Curator for Kembra Jones-Ferbos and Antoine Ferbos, filed a Motion for Attorney's Fees.[1] Specialized Loan Servicing, LLC, filed an Opposition,[2] and Harvin filed a Reply.[3] The Motion for Attorney's Fees was referred to Magistrate Judge Douglas for submission of a Report and Recommendations.[4] Magistrate Judge Douglas issued a Report and Recommendation,[5] to which no party has objected. After careful consideration of the parties' memoranda, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of any party to file a timely objection to the Magistrate Judge's Report and Recommendation, the Court approves the Report and Recommendation, and adopts it as its opinion in this matter. Accordingly,

---

[1] R. Doc. 113.
[2] R. Doc. 120.
[3] R. Doc. 126.
[4] R. Doc. 119.
[5] R. Doc. 129.

**IT IS HEREBY ORDERED** that the Motion for Curator Fees Re: Kembra Jones-Ferbos and Antoine C. Ferbos is **GRANTED IN PART**. Plaintiffs are awarded $6,652.30 in unpaid fees taxed as costs against Specialized Loan Servicing, LLC.

New Orleans, Louisiana, March 17, 2021.

*/s/ Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**